JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Bouyer,<br><br>Plaintiff,<br><br>v.<br><br>Gary Kasden; Megan Kasden,<br><br>Defendants. | Case No. 2:20-cv-02915-AB-JPR<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  May 8, 2020        _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.